PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

# United States District Court for
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | |
|---|---|
| Name of Offender: **GUADALUPE TREVINO A/K/A LUPE TREVINO** | Case Number: **7:14CR00482-001** |

Name of Sentencing Judicial Officer: **HONORABLE MICAELA ALVAREZ**

Date of Original Sentence: **JULY 17, 2014**

Original Offense: **CONSPIRACY TO COMMIT MONEY LAUNDERING, IN VIOLATION OF 18 U.S.C. § 1956(a)(1)(B)(i) AND (h).**

Original Sentence: **SIXTY (60) MONTHS CUSTODY OF THE U.S. BUREAU OF PRISONS, FOLLOWED BY A TWO (2) YEAR TERM OF SUPERVISED RELEASE.**

Type of Supervision: **SUPERVISED RELEASE**    Date Supervision Commenced: **1/15/19**

Maximum Penalty Upon Revocation: **TWO (2) YEARS CUSTODY OF THE U.S. BUREAU OF PRISONS, PURSUANT TO 18 U.S.C.§ 3583(e)(3).**

---

### PREVIOUS COURT ACTION

None.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Special Condition:    "SHALL PAY FINE AS DIRECTED" |

Mr. Guadalupe Trevino was ordered to pay a fine in the amount of $60,000.00. Since the beginning of his Supervised Release Term, Mr. Trevino has made a total of seventeen (17) payments while in Supervised Release with the last payment being made on August 25, 2020. The payment history from the U.S. District Clerk's Office reflects that Mr. Trevino has paid a total of $6,716.23. As such, the current outstanding fine balance is of $53,283.77 dollars.

RE:   **TREVINO, Guadalupe**                                                                                                        2
        **Dkt. No.  7:14CR00482-001**

**U.S. Probation Officer Action:**

Since the beginning of his Supervised Release Term, Mr. Trevino has complied with making timely payments towards the fine imposed at sentencing. These payments have been collected and monitored by the United States Attorney's Office, Financial Litigation Unit for Southern District of Texas, Houston Division. Mr. Trevino's supervision case is scheduled to expire on January 14, 2021, and he will have a projected outstanding fine balance of $51,783.77, if he continues making payments of $300.00 per month. The U.S. Probation Office is respectfully recommending that the Court allows the United States Attorney's Office, Financial Litigation Unit for Southern District of Texas, Houston Division, to continue to collect and monitor the fine payments after the expiration of Mr. Trevino's Supervised Release Term.

Approved:                                                                                 Respectfully submitted,

                                                                                                   By:

_____                              _____
Salvador Gonzalez, Supervising                                     Natalia Feliz
United States Probation Officer                                      United States Probation Officer
                                                                                          September 9, 2020
                                                                                          (NFR/RMG)   # 390425

**RE:      TREVINO, Guadalupe**  3
       **Dkt. No:   7:14CR00482-001**

---

[×]     Court Concurs with Recommended Action

[  ]     Submit a Request for Modifying the Conditions or Term of Supervision

[  ]     Submit a Request for Warrant or Summons

[  ]     Other:


_____
Micaela Alvarez
U. S. District Judge


September 11, 2020
_____
                              Date